UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

TALYA JANESE WILLIAMS,  )
        Plaintiff,  )
                    )      **JUDGMENT IN A CIVIL CASE**
    v.  )
                    )      **CASE NO. 7:15-CV-212-D**
NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 23]. Plaintiff's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 20] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 28, 2017, and Copies To:**

| | |
|---|---|
| Michael Gray Gillepsie | (via CM/ECF electronic notification) |
| James B. Gillespie, Jr. | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:                                     JULIE RICHARDS JOHNSTON, CLERK
February 28, 2017                  (By) /s/ Nicole Briggeman
                                           Deputy Clerk