IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-00212-D

| | |
|---|---|
| TALYA JANESE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **ORDER** |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,700.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Michael G. Gillespie, 415 Chestnut Street, Wilmington, NC 28401, in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This 20 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge