UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| TALYA JANESE WILLIAMS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 7:15-CV-212-D** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $6,700.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Michael G. Gillespie, 415 Chestnut Street, Wilmington, NC 28401, in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiffs attorney.

**This Judgment Filed and Entered on June 20, 2017, and Copies To:**

| Michael Gray Gillespie | (via CM/ECF electronic notification) |
|---|---|
| James B. Gillespie | (via CM/ECF electronic notification) |
| Leah F. Golshani | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK
June 20, 2017                       (By) /s/ Nicole Briggeman
                                                          Deputy Clerk